IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| EDUARDO HERNANDEZ | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 6:17cv93 |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the case has been presented for consideration. The Report and Recommendation (ECF 16), filed on March 1, 2018, recommends that the complaint be dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b). No written objections to the Report and Recommendation have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** without prejudice for failure to prosecute. FED. R. CIV. P. 41(b). Any motion not previously ruled on is **DENIED**.

**So Ordered and Signed**
Mar 19, 2018

_____
Ron Clark, United States District Judge

1